UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
AUNY716

| | |
|---|---|
| IN RE:<br><br>SUSAN ROBERTA ABBOTT<br><br>    Debtor. | Chapter 7<br><br>Case No. 09-37125 CGM<br><br>**NOTICE OF APPEARANCE AND**<br>**REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

AURORA LOAN SERVICES, LLC

This party is a party in interest in this case and is a secured creditor of the Debtor:

SUSAN ROBERTA ABBOTT

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: August 7, 2009

>            FEIN, SUCH & CRANE, LLP
>            Attorneys for Applicant
>
> By:    /S/TAMMY TERRELL, ESQ.
>        TAMMY TERRELL, ESQ.
>        (TT-4062)
>        747 CHESTNUT RIDGE RD, STE 200
>        CHESTNUT RIDGE, NY 10977
>        845/371-4700
>        and
>        7 CENTURY DRIVE, SUITE 201
>        PARSIPPANY, NEW JERSEY 07054
>        973/538-4700