Suzan Abbott					09B37125
Motion To Sell Property

Your Honor,

FILED
U.S. BANKRUPTCY COURT
2009 AUG 19 P 3:16
POUGHKEEPSIE, NY

These are very challenging times for all Americans. We have watched as our homes, hopes, and dreams have disappeared before our very eyes. The home I have occupied for 15 years & dutifully never missed a loan payment has depreciated to 2/3 its value in 2 years. And then, as god's good grace would have it, a young couple fell in love w/ my home & made an offer... shortly before it was to be auctioned off by Aurora Loans. They (Aurora Loans) denied the offer based on lack of time which is difficult to understand for all concerned - meaning myself, the realtors, & the expectant wife & husband.

Respectfully, your Honor, I request a motion to be able to sell the property at 18 Lester Lane in order to pay my debt & to be able to some day purchase another home in this late stage of my life - 63 yrs old. I have always been a successful entrepreneur allowing me the ability to contribute to society & be of service to others. My future is bright.

Sincerely,
Suzan Abbott

## TURNER REAL ESTATE, INC.
*Homes and Properties of Distinction*

2352 NYS Route 97  (845) 557-3800
Pond Eddy, New York 12770  Fax (845)557-8899



www.TRENY.com



July 22, 2009

Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363-1706

Re: Loan #0046023677
18 Lester Lane
White Lake, NY 12786

Attention: Home Retention Group

Attached is a Settlement Statement with regard to the above property. The buyer has his financing in place and can proceed in a timely manner.

The breakdown reads as follows:

Contract Price............................$195,000,00
Gross Amount Due Seller.........$195,000.00

Settlement Charges to Seller.....$14,230.00

Charges as Follows: 6% commission....$11,700.00
                  Sellers Attorney.........$ 1,500.00
                      Releases...................$   100.00
           City/county tax stamps................$   780.00
            State tax stamps ($780)..............$   150.00

Total Charges to Seller...............$14,230.00

Total Amount Net to Lender.............................................$180,770.00

If you have any further questions, please do not hesitate calling me. Thank you.

Sincerely,


Stephanie Turner
Broker

# TURNER REAL ESTATE, INC.
*Serving NY and Penna.*

2352 NYS RTE 97  
Pond Eddy, New York 12770

Phone: (845) 557-3800  
Fax: (845) 557-8899

## PURCHASE OFFER

I (we) the undersigned **BUYER** __MICHAEL & TANYA DOBOSH__  
Full Name  
Address __45 WOODCREST ROAD, LONG ISLAND, NY 10303__

Agree to Purchase the Property of: __SUZANNE ABBOTT__  
SELLERS Full Name  
Address __18 LESTER LANE, WHITE LAKE, NEW YORK 12786__

situated in the Town __BETHEL__ County of __SULLIVAN__ State of __NEW YORK__

Described approximately as follows: __BETHEL SEC 38A BLOCK 1, LOT 18__

|  |  |  |  |
|---|---|---|---|
|  | **FULL PRICE** |  | $ __195,000__ |
| To be paid as follows: | Deposit herewith in Escrow | $ __1,000__ |  |
|  | Cash or check on signing (10% minus $1,000) of contract | $ __18,500__ |  |
|  | Bank Mortgage Amount | $ __155,000__ |  |
|  | In cash or certified check Required from buyer at time of closing | $ __20,500__ |  |
|  | **TOTAL** |  | $ __195,000__ |

All deposit money paid hereon shall be applied as part payment on the purchase price. This deposit money shall be retained by *Turner Real Estate, Inc.* in an escrow trust account deposited with First National Bank of Jeffersonville until the termination of this agreement. **Broker recommends that both Seller and Buyer retain a local attorney to represent them in this matter.**

Personal property included in the sale __N/A__

Contingencies: Subject to ATTORNEY REVIEW, Buyers obtaining Bank approval and commitments for financing at prevailing rates, and Buyers obtaining a satisfactory inspection report which shall include water and septic to be obtained at Buyers Expense. If vacant property, this offer is subject to a pit and perk test performed at the buyers expense.

*Buyer's signature* __[signed]__ Date __07/13/2009__  
*Buyer's signature* __[signed]__ Date __07/13/2009__

### ACCEPTANCE

I (we), the SELLER hereby accept the above-stated offer and agree to sell, convey and transfer said real and personal property to the BUYER in accordance with the terms and conditions thereof and agree to pay the Broker's commission of $ __6%__ to Turner Real Estate.

*Seller's signature* __[signed Suzanne Abbott]__ Date __July 18, 2009__  
*Seller's signature* _____ Date _____

Suzan Abbott  
Motion To Sell Property

09-37125 (CGM)  
Chapter 7

Please take notice that a Hearing has been scheduled before the Honorable Cecelia G. Morris, US Bankruptcy Judge of the US Bankruptcy Court for the Southern District of New York, to be held at 355 Main Street, Poughkeepsie, New York 12601 on September 9, 10:30 AM to consider The Motion To Sell Property filed by Suzan Roberta Abbott.

In Poughkeepsie, New York, this 19th day of August, 2009, US Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601. It is hereby certified that certified mail notice has been sent to the following parties at the addresses on record, via Certified US Mail, at an authorized address designated for that purpose.

Aurora Loan Services
P.O. Box 1706
Scottsbluff, NE 69363-1706

Paul L. Banner, Esq.
515 Haight Avenue
Second Floor, Suite A
Poughkeepsie, New York 12603

Tammy L. Terrell, Esq.
Fein, Such, Kahn & Shepard, P.C.
7 Century Drive
Parsippany, New Jersey 07054

United States Trustee
74 Chapel Street
Albany, ~~Stree~~ New York 12207

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**7008 1300 0002 0167 1554**

SCOTTSBLUFF NE 69363

| | | |
|---|---|---|
| Postage | $0.44 | 0225 |
| Certified Fee | $2.80 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.24 | 08/19/2009 |

Sent To: Aurora Loan Services
Street, Apt. No.; or PO Box No.: 601 5 Avenue p.o. box 1706
City, State, ZIP+4: Scottsbluff, NE 69363-1706

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**7008 1300 0002 0167 1541**

ALBANY NY 12201

| | | |
|---|---|---|
| Postage | $0.44 | 0225 |
| Certified Fee | $2.80 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.24 | 08/19/2009 |

Sent To: US Trustee
Street, Apt. No.; or PO Box No.: 74 Chapel St
City, State, ZIP+4: Albany, NY 12207-2190

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**7008 1300 0002 0167 1530**

PARSIPPANY NJ 07054

| | | |
|---|---|---|
| Postage | $0.44 | 0225 |
| Certified Fee | $2.80 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.24 | 08/19/2009 |

Sent To: Tammy L. Terrell, Esq.
Street, Apt. No.; or PO Box No.: 4 Century Drive
City, State, ZIP+4: Parsippany, NJ 07054

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**7008 1300 0002 0167 1547**

POUGHKEEPSIE NY 12601

| | | |
|---|---|---|
| Postage | $0.44 | 0225 |
| Certified Fee | $2.80 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.24 | 08/19/2009 |

Sent To: Paul L. Banner
Street, Apt. No.; or PO Box No.: 515 Haight Ave. Suite B, 2nd Fl.
City, State, ZIP+4: Poughkeepsie, NY 12603

