# FEIN, SUCH & CRANE, LLP
COUNSELLORS AT LAW
747 CHESTNUT RIDGE ROAD
SUITE 200
CHESTNUT RIDGE, NEW YORK  10977
(845) 371-4700
————
Telecopier (845) 371-4747

Northern New York
1800 First Federal Plaza
Suite 1800
Rochester, New York 14614
(585) 232-7400
Telecopier (585) 325-6201

New Jersey Office
7 Century Drive
Suite 201
Parsippany, New Jersey 07054
(973) 538-4700
Telecopier (973) 538-8234

REPLY TO: NEW JERSEY ADDRESS

August 31, 2009

**VIA ECF**
The Hon. Cecilia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

**Re:    Suzan Roberta Abbott, Debtor**
       **Case no. 09-37125 CGM**
       **Our File No. AUNY716**
       **Hearing Date: September 9, 2009**

Dear Judge Morris:

Aurora Loan Services, Inc. ("Secured Creditor" herein), hereby objects to Debtors motion to sell Debtor's property.  Secured Creditor holds a first mortgage on Debtor's real property located at 18 Lester Lane, White Lake, New York.  Debtor has entered into a contract for the sale of the property for $195,000.00.  The contract amount is not sufficient to payoff the loan in full.

Under 11 U.S.C. 363(f), Secured Creditor is entitled to payment in full should the property be sold.  Anything less, without the consent of Secured Creditor, must not be approved.

Secured Creditor asks that the Order be amended to provide for payment in full to the creditor by certified funds or attorney trust account check at closing.

Absent such language in the Order, Secured Creditor will not consent to this sale and Debtor's motion should be denied.

      Thanking the Court for its consideration of this opposition, and as always, the cooperation of the Court is greatly appreciated.

                                                              Respectfully submitted,
                                                              Fein, Such & Crane, LLP

                                                              <u>/s/ TAMMY L. TERRELL</u>

cc:      Suzan Roberta Abbott - Pro Se Debtor
           Eric J. Small, Esq. - Trustee