```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
AUNY716
```

| | |
|---|---|
| IN RE: | Chapter: 7 |
| SUSAN ROBERTA ABBOTT | Case No. 09-37125 CGM |
| Debtor. | <u>AFFIDAVIT OF SERVICE BY MAIL</u> |

STATE OF NEW JERSEY)
COUNTY OF MORRIS)

I, Mariya Zagarouk, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside at Parsippany, New Jersey.

On September 3, 2009, I did serve a copy of the within Objection by electronic filing and/or mail by regular mail the same in a sealed envelope, with postage prepaid thereon, in a post office or depository of the United States Postal Service within the State of New Jersey, addressed to the last known addresses as indicated below.

```
ERIC J. SMALL
UNITES STATES TRUSTEE
74 CHAPEL STREET
ALBANY, NY 12207

SUSAN ROBERTA ABBOTT
18 LESTER LANE PO BOX 302
WHITE LAKE NY 12786

SUSAN ROBERTA ABBOTT
18 LESTER LANE
WHITE LAKE, NY 12786
```

FEIN, SUCH & CRANE, LLP
                        Attorneys for Secured Creditor

            By:    /S/ Mariya Zagarouk
                        Mariya Zagarouk,
                        Bankruptcy Specialist
                        747 CHESTNUT RIDGE RD, STE 200
                        CHESTNUT RIDGE, NY 10977
                        845/371-4700
                        and
                        7 CENTURY DRIVE, SUITE 201
                        PARSIPPANY, NEW JERSEY 07054
                        973/538-4700

Sworn to before me this
3 day of September, 2009

 /S/ ALISHA NIVERTH
A NOTARY PUBLIC OF THE
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 12/16/09