September 10, 2009

FILED
U.S. BANKRUPTCY COURT

2009 SEP 11 P 2:45

POUGHKEEPSIE, NY

Law Office DRUCKMAN GROUP, PLLC
Attn: Kiyam J. Poulson, Esq.
242 Drexel Avenue
Westbury, New York 11590

**Re:  Case No. 09-37125 ;**
**Objection; Notice of Error and Request for Production.**

Dear Counsel,

Enclosed please find the Objection to the Motion to Vacate Stay, Notice of Error; Request for Order to Compel Production and To Vacate Hearing set for September 15, 2009.

Additionally, I am requesting verification and full accounting. That form is also enclosed.

There is and remains at all times material to this and the state proceedings a lack of production on the original promissory note.

This operates in law and fact to preclude the claims and actions and I have recently learned of my error and mistake in listing Aurora Loan Services as a creditor which was a mistake among many other defects.  For example, it is a matter of public record that AURORA LOAN SERVICES LLC, is not a registered corporation with the New York Department of State Division of Banking or Corporations.

Therefore, there may be a construction upon the record which is to be judicially noticed by Judge Morris.  I believe therefore, that this is more than sufficient cause for the court to grant the relief I am requesting.

Thank you and please govern your selves accordingly.

Very truly,

Suzan R. Abbott

1

# Verified Statement of Full Accounting

I, _____, who reside at the address of

_____ , of legal age, and authorized officer for

AURORA LOAN SERVICES LLC., being duly sworn declares as follows:

1.    I have personal knowledge of the matters stated herein

regarding this full accounting;

2.    I am giving adequate assurance of due performance as

requested for this full accounting on account Numbers

_____ on SUZAN ROBERTA ABBOTT, and that

this account is exactly as I state in this affidavit and in the attached

accounting records.

3.  The credit was issued by _____, on the

date of _____ and fully followed Federal Law 12 USCA 1831n

(A) regarding Generally Accepted Accounting Principles , GAAP, with

regards to all bookkeeping entries associated with the loan.

4.    The credited loan funds came from Account Numbers

_____ at the bank of _____ with

the address of _____.

5.    The person or entity that funded the loan was _____

_____.

6.    The contract/promissory note for the above loan was signed by

_____ was deposited into account number

_____, on the date of _____ at the bank

name of _____, at the address of

_____.

7.    As of the date of _____2009, the full

amount of the pay off of the loan is exactly _____,

in lawful money of account of the State of New York, and or lawful

money of the United States of America.

8.    I have personal knowledge that the original promissory note

signed by _____, has not been altered or

forged.

9.    I also have personal knowledge that all the facts involved in the

loan process has been fully disclosed in the written agreement.

Therefore, in clear conscious understand that I have signed my name

on this document thereby accepting full liability, bother personally and

for the entity that I represent, both  civil and criminally, and that I

accept all penalties of perjury if it is found that this statement is false

in any way.

State of _____ )
                            )ss
County of _____ )


_____
Signature of Authorized Officer for

_____ Financial institution


On the date of _____ 2009, before me
_____ a notary, personally appeared
_____, who proved to me on the basis of satisfactory
evidence that he/she executed the same in his or her authorized
capacity and that by his signature on the instrument, the person or
entity upon whose behalf he /she acted executed the instrument and
declares under penalty of perjury that the foregoing is true


Witness _____
            Notary Signature &Seal


My commission expires on _____