UNITED STATES BANKRUPTCY COURT
SOTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
355 Main Street
POUGHKEEPSIE, NEW YOURK 12601
(845) 452 4200

FILED
U.S. BANKRUPTCY COURT
2009 SEP 18 P 4: 01
POUGHKEEPSIE, NY

BANKRUPTCY COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

In Re SUZAN ROBERTA ABBOTT          09 37125 CGM

                                    Chapter 7

------------------------------------------------ X

## NOTICE OF HEARING ON MOTION TO EXTEND STAY
## SEPTEMBER 22, 2009

TO THE CLERK AND THE PARTIES PLEASE TAKE NOTICE; that DEBTOR has made the application and MOTION TO EXTEND STAY and for other appropriate relief including, but not limited to, production of documents, and Judicial Notice.

Paul L. Banner, Trustee
515 Haight Avenue
Second Floor, Suite A
Poughkeepsie, New York, 12603

United States Trustee
74 Chapel Street
Albany, N.Y. 12207

Druckman Law GROUP PLLC
ATTORNEYS FOR PLAINTIFF
Attn: Kiyam J. Poulson
242 Drexel Avenue
Westbury, New York 11590

*Suzan R. Abbott*

1

BANKRUPTCY COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- X

**MOTION TO EXTEND STAY**

IN RE SUZAN ROBERTA ABBOTT            CASE No. 09 37125-cgm

Chapter 7

---------------------------------------------- X

**MOTION TO STAY SEPTEMBER 22, 2009**

To the clerk and the parties, Please take notice that Debtor herein petitions this honorable United States Bankruptcy Court to extend the stay in this within cause. On September 15, 2009 the Court temporarily extended the stay which stay is requested to be extended including discharge of ARURORA LOAN SERVICES as a claimed creditor for reasons set forth in the Unopposed judicial notice applications filed with the court and served upon the parties on September 11, & September 15, 2009. The Court is requested to issue the proposed order submitted in this within cause pursuant, but not limited, to the recent discoveries set forth by motion filed September 11, indicating an error in listing AURORA LOAN SERVICES LLC (ALS) as a creditor, and ARS failure to respond to Accounting information as served and requested and in conjunction with the unopposed requests for Judicial notice which are incorporated by reference.

Respectfully Submitted, Sept. 18, 2009

*/s/ Suzan R. Abbott*
Suzan R. Abbott

2

BANKRUPTCY COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X


IN RE SUZAN ROBERTA ABBOTT    CASE No. 09 37125-cgm


                 Chapter 7

-------------------------------------------------- X

## AFFIDAVIT IN SUPPORT OF REQUEST TO EXTEND STAY

 I, the undersigned being duly sworn depose and state that I am the debtor in this within cause I and I do hereby certify that the statements and allegations set forth in the foregoing Motion to Extend the Stay are true and accurate to the best of my knowledge and belief.

1. I am in peaceful possession of my property in White Lake New York.

2. I am further informed and believe that there is and remains no opposition to the granting of said applications for judicial notice that were filed and served on September 11, and 15, 2009 respectively, and that AURORA LOAN SERVICES LLC has misstated it's basis for standing, it is not the Real Party in Interest as required by Federal Rule of CIVIL procedure 17(a).

3. I am further informed and believe that AURORA LOAN SERVICES LLC did not file a written opposition and therefore does appear to dispute adjudicative facts that it is a foreign corporation that is unregistered with the New York Secretary of State Divisions of Corporations.

4. AURORA LOAN SERVICES LLC, and its counsel of record may be engaging in conduct and actions that constitute a pattern within context of Title 18 U.S.C. sufficient for finding cause and support to dismiss AURORA LOAN SERVICES LLC as a listed or stated debtor in this within cause.

4

5. As additional support of this application the court is requested to judicially notice the case of ALS v. SATER 17 Misc 3d 1190A851 NY 2D 62 indicating evidence the habit and routine practice within context of federal rule of evidence and may operate as an additional offer of proof to show conformity to that habit and routine at the court's discretion.

6. No monies or funds were lent to me by ALS.

7. I am entitled to the relief requested.

8. I believe that the court may grant the relief requested.

Respectfully presented,

*Suzan R. Abbott*

Suzan R. Abbott

I declare under the penalty of perjury that i have read the above affidavit and know the contents to be true of my own personal knowledge and believe that the court is authorized to take judicial notice and grant the relief requested. Executed at White Lake New York .

Sept 18, 2009

*Suzan Abbott*

Suzan Abbott

BANKRUPTCY COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X   MOTION RE SEPT. 15, 2009

IN RE SUZAN ROBERTA ABBOTT         CASE No. 09 37125- cgm

                                                  Chapter 7

------------------------------------------------ X

## ORDER EXTENDING STAY AND DIRECTING PRODUCTION OF ORIGINAL NOTE & NEW YORK STATE CORPORATE REGISTRATION

     Whereas, pursuant to the notice of error by Debtor, SUZAN ROBERTA ABBOTT, and her request for an order to extend the stay in this within cause and upon the requests for production and judicial notice the court finds good cause to grant the motion, and take judicial notice as requested.

Whereas it is apparent AURORA LOAN SERVICES LLC is an unregistered foreign corporation lacking proper registration with the New York Department of State, and pursuant to Federal Rules of Civil Procedure 17(a). Therefore AURORA LOAN SERVICES LLC., is directed to produce the information requested by debtor on or before OCTOBER 1, 2009, or be deemed discharged as a creditor in this cause.

After examination of the files and records it is found that the

Motion should be granted, and it is accordingly:

**Ordered**, the stay is extended;

**Ordered,** that AURORA LOAN SERVICES, LLC AND THE DRUCKMAN

LAW GROUP produce the original note AURORA LOAN SERVICES LLC,

is alleging it posseses;

**Ordered,** that DRUCKMAN LAW GROUP, on or before October 1, 2009,

is to produce evidence of AURORA LOAN SERVICES LLC, registration with division of Corporations, of the State of New York prior to the commencement of the State Court proceedings INDEX No. 1331-08;

**Ordered,** In the alternative to production of the above note and registration, that DRUCKMAN LAW GROUP show cause why AURORA LOAN SERVICES LLC, et al., should not be found to have misrepresented material facts and engaged in creation of a construction upon the record sufficient to find it lacks standing, and that it is not a "real party in interest" in accordance with Civil Rule of Procedure 17(a) and in such cases as **AURORA LOAN SERVICES LLC v Abdul Sattar, 17 Misc 3d** 1109A; 851 NY 2d 62, where it appears that said AURORA LOAN SERVICES LLC et al., acted in bad faith with of counsel **Druckman** and Sinel in that proceeding

**Ordered**, the conduct is found to constitutes a habit and routine practice within context of Federal Rules of Evidence.

Dated: Poughkeepsie, New York

_____

_____
Hon. Cecilia G. Morris
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
355 Main Street
POUGHKEEPSIE, NEW YOURK 12601
(845) 452 4200

BANKRUPTCY COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------- X  MOTION RE SEPT. 15, 2009

In Re SUSAN ROBERTA ABBOTT

09 37125 CGM

Chapter 7

----------------------------------------- X

TO THE CLERK AND THE PARTIES PLEASE TAKE NOTICE; that DEBTOR SUZAN R. ABBOTT has made the application and MOTION TO EXTEND STAY and for other appropriate relief including, but not limited to, production of documents, and Judicial Notice.

Paul L. Banner, Trustee           United States Trustee
515 Haight Avenue                 74 Chapel Street
Second Floor, Suite A             Albany, N.Y. 12207
Poughkeepsie, New York, 12603

Druckman Law GROUP PLLC
ATTORNEYS FOR PLAINTIFF
Attn: Kiyam J. Poulson
242 Drexel Avenue
Westbury, New York 11590

　　　　　　　　　　　　　　　　　　　　Suzan R. Abbott

BANKRUPTCY COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

IN RE SUZAN ROBERTA ABBOTT          CASE No. 09 37125- cgm

Chapter 7

--------------------------------------------------------- X

## Verified Certificate of Mailing

I certify that on this 18 day of September 2009 I served the enclosed;

MOTION TO EXTEND STAY; AFFIDAVIT IN SUPPORT & PROPOSED ORDER

By First class mail with postage affixed and fully prepaid to:

Paul L. Banner, Trustee
515 Haight Avenue
Second Floor, Suite A
Poughkeepsie, New York, 12603

United States Trustee
74 Chapel Street
Albany, N.Y. 12207

Druckman Law GROUP PLLC
ATTORNEYS FOR PLAINTIFF
Attn: Kiyam J. Poulson
242 Drexel Avenue
Westbury, New York 11590

I declare under penalty of perjury that the forging is true and correct and was executed at White Lake New York.

_____
SUZAN R. ABBOTT

3