UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

     SUSAN ROBERTA ABBOTT          Case No.09-37125-cgm
                                              Chapter 7

                              Debtor(s).
-------------------------------------------------------------X

## FRCP 55 Affidavit

     As attorney for the movant, admitted to the practice of law before this Court, I represent

that, upon information and belief, the Debtor is not an infant, incompetent, or in the military.

Dated: Westbury, New York
       September 21, 2009

                                    Druckman Law Group PLLC

                  By:    /s/Joseph Yau
                         Joseph Yau, Esq.
                         242 Drexel Avenue
                         Westbury, New York 11590
                         (516) 876-0800
                         *Attorneys for Secured Creditor*
                         Aurora Loan Services LLC