# SECRETARY'S CERTIFICATE

I, Cindy Buckholz, a duly elected, qualified and acting Assistant Secretary of Lehman Brothers Holdings Inc, a Delaware corporation ("LBHI"), does hereby certify that Aurora Loan Services LLC is a wholly-owned indirect subsidiary of LBHI.

IN WITNESS WHEREOF, I have set my hand this 3rd day of May, 2007.

*Cindy Buckholz*
Cindy Buckholz
Assistant Secretary