UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:                                        Case No.:      09-37125(CGM)

     SUZAN ROBERTA ABBOTT,          Chapter 7

                  Debtors,

---

ORDER TERMINATING AUTOMATIC STAY

Upon the opposed motion of Aurora Loan Services, LLC, secured creditor, dated September 2, 2009, seeking relief from the automatic stay, and after *the* ~~preliminary~~ hearing*s* on *September 15, 2009 and* September 22, 2009 attended by Movant's attorney, Lori J. Gilmore-Morris, Esq., appearing of counsel to Kiyam J. Poulson, Esq., and Suzan Roberta Abbott, the pro se debtor, appearing in opposition thereto, it is

ORDERED, that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. Section 362 (d)(1) as to the Movant's lien interest in 18 Lester Lane, White Lake, NY, the property described in said motion, and it is further

ORDERED, that Movant shall account to this estate for any surplus proceeds realized after the sale.

Dated: Poughkeepsie, New York
        September 23, 2009

                                                        */s/ Cecelia G. Morris*
                                                        Hon. Cecelia G. Morris, U.S.B.J.