UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:                                        Case No.:      09-37125(CGM)

     SUZAN ROBERTA ABBOTT,           Chapter 7

                     Debtor.

---

**ORDER (1) DENYING DEBTOR'S MOTION TO SELL
AND (2) DENYING DEBTOR'S MOTION TO EXTEND THE STAY**

      Debtor commenced the present case by filing a voluntary petition for relief under chapter 7 of the Bankruptcy Code on August 4, 2009. Upon the record of the hearing on September 22, 2009, it is

      Ordered, that Debtor's motion to sell is denied; and it is further

      Ordered, that Debtor's motion to extend the automatic stay is denied.

Dated: Poughkeepsie, New York
          September 28, 2009

                                                    /s/ CM
                                                    The Hon. Cecelia G. Morris
                                                    U.S. Bankruptcy Judge